# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 9, 2020

## NO. 03-19-00325-CV

**Glen Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas, Appellants**

**v.**

**CSG Forte Payments, Inc. f/k/a Forte Payment Systems, Inc., Appellee**

### APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH
### REVERSED AND RENDERED -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the interlocutory order signed by the district court on May 10, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, because the district court lacks subject-matter jurisdiction over Forte's Uniform Declaratory Judgments Act (UDJA) statutory-construction claims and ultra vires claims, the Court reverses the district court's order denying the Comptroller's plea to the jurisdiction and renders judgment dismissing Forte's UDJA statutory-construction claims and ultra vires claims. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.